THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSE FRANCISCO ESTRADA, Defendant-Appellant.

(No. 70-238;

Second District—November 2, 1971.

Opinion by Mr. JUSTICE SEIDENFELD.

John F. McNamara, of Rockford, for appellant.

John Maville, State's Attorney, of Belvidere, for the People.